UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KARLA RIVERA | CIVIL ACTION |
| VERSUS | NO: 22-03163 |
| AMERICAN SECURITY INSURANCE COMPANY, doing business as Assurant | SECTION: T (5) |

### ORDER

Before the Court is a Motion for Summary Judgment filed by Defendant American Security Insurance Company. R. Doc. 11. Plaintiff Karla Rivera has not filed a response, and the time for doing so has passed; therefore, the Motion is unopposed. In its Motion, Defendant asserts Plaintiff cannot show she has standing to bring her suit against the insurer either as a named insured or the recipient of a *stipulation pour autrui*. Because the Motion appears to have merit, *see Haley v. American Security Insurance Company*, ___ F.Supp.3d ___, 2022 WL 17281800 (E.D. La. November 29, 2022); *Turner v. American Security Insurance Company*, 2022 WL 696907 (W.D. La. March 8, 2022), the Court will grant the Motion. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment is GRANTED and Plaintiff's claims against American Security Insurance Company are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 17th day of May 2023.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE